EXHIBIT 3



**Philippine Overseas Employment Administration**
Republic of the Philippines
Department of Labor and Employment
BFO Building, Ortigas Ave/Avenue, EDSA, Mandaluyong City 1501
Website: www.poea.gov.ph  E-mail: info@poea.gov.ph
Hotline: 722-1144, 722-1155



Name Hire Assistance Division
Compliance letter
FM-POEA-03-LB-14 (04)
EFFECTIVITY DATE: 3 November 2008

Fax no.: (632) 7221176

| Name of Employer | : ARAMARK IAFSI VERDE |
| Name of Worker | : IMELDA G. MASA |
| Position | : COMBINED FOOD PREPARATION AND SERVING WORKER |
| Jobsite | : MINEOS COLORADO U.S.A |
| Date | : July 5, 2010 |

} VICTIMS APPROVAL WITH P.O.E.A. I HAD NO INVOLVEMENT.

THE VICTIMS/CO-CONSPIRAC LIED TO THE P.O.E.A. TO OBTAIN THIS APPROVAL.

THEY NEVER ARRIVED TO COLORADO. SEE EXHIBIT 5. BILOXI WAS FINAL DESTINATION.

Please confirm compliance and inclusion of additional terms and conditions of the employment contract marked XXX below for the processing of the travel documents of the above-named worker(s) by signing in the space provided below.

____ 1. Basic salary _____ for regular work hours and _____ for overtime pay, as appropriate
____ 2. Transportation cost to worksite and return to the point of hire at employer's expense.
____ 3. Free food and accommodation or offsetting benefits.
XXX 4. Just causes of termination of the contract.

   a. Termination by employer: The employer may terminate this Contract on the following just causes: serious misconduct, willful disobedience of employer's lawful orders, habitual neglect of duties, absenteeism, insubordination, revealing secrets of establishment, when employee violates customs, traditions and laws of host country and/or terms of this agreement. The employee shall shoulder the repatriation expenses.

   b. Termination by employee: The employee may terminate this Contract without serving any notice to the employer for any of the following just causes: serious insult by the employer or his representative, inhuman and unbearable treatment accorded the employee by the employer or his representative, commission of a crime/offense by the employer or his representative. The employer shall pay the repatriation expenses back to the Philippines.

XXX 5. In the event of death of the employee during terms of this agreement, his remains and personal belongings shall be repatriated to the Philippines at the expense of the employer, In case the repatriation of remains is not possible, the same may be disposed of upon approval of the employee's next of kin and/or by the nearest Philippine Embassy or Consulate at the worksite, at the employer's expense or offsetting benefits.

____ 6. Failure to perform according to the standards agreed upon between the employer and the worker within the first twelve (12) weeks of the contract shall be a ground for termination of the worker in lieu of the provision on probationary period.

____ 7. Other Requirements/Provisions: _____

ELMIRA C. STO DOMINGO
Director II- Landbased Center

Company seal

Signature of Employer: _____
Printed Name of employer: Violet Kelly
Official Designation: HR Director